# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marvin Marco Graham,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:04-cv-245/3:02CR2

USA ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/29/05 Order.

**Signed: August 3, 2005**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court